IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLE MCCULLOUGH                                                              PLAINTIFF

v.                                      No. 4:12-cv-88-DPM

GLENN BURNEY; RICK HARBER;
ERIC WEBB; and BAXTER HEALTHCARE CORP.                        DEFENDANTS

## JUDGMENT

McCullough's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

30 January 2014