IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLE MCCULLOUGH                                                                PLAINTIFF

v.                              No. 4:12-cv-88-DPM

GLENN BURNEY; RICK HARBER;
ERIC WEBB; and BAXTER HEALTHCARE CORP.               DEFENDANTS

JUDGMENT

McCullough's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2014